**DISMISS and Opinion Filed January 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00595-CV**

**MYNESHA HICKS, Appellant**
**V.**
**AUDREY ANDERSON, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-01982-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

On November 30, 2021, after appellant had failed to file her brief as ordered to do so, we directed appellant to file the brief within ten days and cautioned her that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not complied or otherwise corresponded with the Court. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210595F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MYNESHA HICKS, Appellant

No. 05-21-00595-CV      V.

AUDREY ANDERSON, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-21-01982-
A.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 7, 2022.